IN THE UNITED STATES DISTRCIT COURT
FOR THE WESTERN DISTRCICT OF PENNSYLVANIA

| | |
|---|---|
| COREY D. ROSENDARY, )<br>　　　Petitioner, )<br>　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　)<br>v　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　　　Respondent, ) | Criminal No 03-29<br>CIVIL NO. 06-280 E |

## § 2255 MOTION TO CORRECT ILLEGAL SENTENCE

COMES NOW Petitioner Corey Rosendary pro-se hereby file his petition to correct his illegal sentence impose upon him by this court.

JUSISDICTION

This court has juriddiction pursuant Anti- Terrorists Act (1996) A 1- year period of limitation shall apply to a motion under this section § 2255. That the sentence was impose in violation of the Constitution or laws of the United States, or that court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law,or is otherwise sugject to collateral attack. may move the court which imposed the sentence to **vacate, set aside or correct the sentence.**

STATEMENT OF THE CASE

On or about January 09, 2003, defedant was indicted by West District of Pennsylvania Grand Jury that the defendant knowingly and intentionally and unlawful possess with the intent to distribute five (5) grams or more of a mixture and substance containing a dectable amount of cocaine base commomly know as crack, In violation of Title 21, USC, Section 841 (a)(1) and 841(b)(B)(iii)

On April 28, defendant entered a plea of guilty through a plea agreement page (3) pargrah (3) prior to sentencing the United States Attorney will, orally ot in writing move that pursuant to Section 3E1.1 of the Sentencing Guidelines, the court reduce the offense level by three levels for acceptance of responsibilty, on the grounds that the offense level prior to application of Section 3E1.1 is 16 or greater.

On August 10, 2004 defendant was sentence to a term of 210 months and four years supervised release. On August 18, 2004 a timely appeal was filed. Defendant was denied his direct appeal in March 2006.

COMPLAINT

Defendant alleges that his Fifth and Sixth Constitution Amendments were serious violated by his counsel **due process** and **effective assistant of counsel.**

1. Counsel violated defendant due process by not objecting to the PSR in any drug case the amount of drugs is the base offense Rosendary only admitt to detectable amount, in U.S. v Ameline 376 F.3d 976(9th Cir. 2004)Ameline only admitted to a dectecable amount of methanphetamine. On the basis of this admission alone; the maximum sentence under the guidelines that district judge could have imposed without further findings would have been 16 months, given the base offense level 12. U.S.S.G. § 2D1.1(C)(14) less than 250 mg cocaine base. here the court imposed a sentence of 210 months base offense level of 33.

2. Counsel was ineffective for his failure for not objecting at senntencing when the court ask counsel on page 5 line 11-15.

**The court, Mr. Hadley, before I proceed to sentencing, is there anything that you would like to say on behalf of your client and/or is there anyhting your client would like to say on his behalf? Counsel just**

**try to defend why his client did not show up for his first sentencing hearing the week before.** Defense counsel should be discipline for his poor representation to his client.

3.  Counsel was ineffective for allowing his client not to benefit the government offer of three level reduction for acceptence of responsibilty. Had counsel did his job Rosendary, should been only sentence to 100-125 months at level 24, with his three level reduces his sentence to level 21 77-96 months. Although defendant is a career offender his Offense Statutory Maximum is (E) 10 years or more, but less than 15 years. here defendant had only a dectecable amount his base offense level is only 12, even if the court allowed his base offense level at 33, is would be miscarriage of justice and this court must look at interest of justice in in defendant case...

WHEREFORS, defendant Rosendary, is at least entitle to evidentairy hearing based on his ineffectiveness assistant of counsel claim, for not protecting his client right and violating his due process.

Respectfully submitted

Corey Rosendary 20162-068
FCI Elkton
P.O.Box 10
Lisbon, Oh 44432

DECLARATION

I, declare under the penalty of perjhury that the infomation above is true and correct.

SIGNED THIS 22 day of Nov. 2006.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY D. ROSENDARY, | ) | Criminal No. 03-29 |
| Petitioner, | ) | CIVIL NO. 06-280 E |
| v | ) | RECEIVED |
| UNITED STATES OF AMERICA | ) | NOV 29 2006 |
| | ) | CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

### AFFIDAVIT IN SUPPORT OF §2255 MOTION

Comes Now COREY D. ROSENDARY, (Petitioner) herinafter Affiant, of legal age and competent to state the facts herein as follows:

1) That Affiant hereby is the party executing this §2255 Motion.

2) That Affiant's rights were denied and violated Constitutional Articles of Amendment 5th and 6th. (Due Process and Effective Assistance of Counsel).

3) That due to ineffective asssistance of cousel, Affiant's right to due process under the law was violated.

4) That Affiant's counsel failed to object to the PSR and/or anything stipulated therein or therefrom.

5) That counsels lack of objections resulted in violation of Affiant's Constitutional Rights and sentenced to an extremely greater amount of time than the guidelines required.

6) That counsel was also ineffective for not arguing the Affiant's right for a three level reduction for timeliness and of responsibility.

### DECLARATION

Affiant swear under penalty of perjury and under the laws of the united States of America [Title 28 § 1746] that the foregoing is true, correct and not misleading to the best of Affiant's knowledge and understanding.

*Corey Rosendary*
Corey D. Rosendary