IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Crim. No. 03-29 Erie<br>)           and<br>) Civil No. 06-280 Erie |
| FRANCISCO ANTONIO BURGOS, | )<br>) |
| Defendant | )<br>) |

ORDER OF THE COURT

AND NOW, this _____ day of _____, 200_, it is ORDERED that the petitioner's 18 U.S.C. §2255 motion to vacate is DISMISSED for failure to comply with the AEDPA one year filing requirement.

_____
Sean J. McLaughlin
United States District Judge