IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
               v.                  )     Crim. No. 03-29 Erie
                                   )           and
                                   )     Civil No. 06-280 Erie
COREY D. ROSENDARY,                )
                                   )
               Defendant           )
                                   )

_____    ORDER OF THE COURT

        AND NOW, this _____day of _____, 200_, it is ORDERED

that the petitioner's 18 U.S.C. §2255 motion to vacate is DISMISSED

for failure to comply with the AEDPA one year filing requirement.


                              _____
                              Sean J. McLaughlin
                              United States District Judge