IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) **CRIMINAL NO.:** 03-29 **Erie** |
| | ) |
| COREY ROSENDARY, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of January, 2007, upon consideration of the Defendant's Motion to Continue Hearing, it is hereby **ORDERED** that said motion be and the same is hereby **GRANTED**.

It is further **ORDERED** that the evidentiary hearing in this matter be rescheduled to occur on _____.


BY THE COURT,


_____, J.
THE HONORABLE SEAN MCLAUGHLIN