IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) **CRIMINAL NO.: 03-29 Erie** |
| COREY D. ROSENDARY, | ) |
| DEFENDANT. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of February, 2007, upon consideration of the Defendant's **MOTION FOR LEAVE TO FILE AN AMENDED PETITION PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255**, it is hereby **ORDERED** that said motion is hereby **GRANTED**.

BY THE COURT,

_____, J.
THE HONORABLE SEAN MCLAUGHLIN