

# General Docket
## US Court of Appeals for the Third Circuit

```
Court of Appeals Docket #: 04-3394
Nsuit:    0
USA v. Rosendary
Appeal from: United States District Court for the Western Di

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0315-1 : 03-cr-00029E
    Trial Judge: Sean J. McLaughlin, District Judge
    Court Reporter: Ronald Bench, Court Reporter
    Date Filed: 7/8/03
    Date order/judgment: 8/12/04
    Date NOA filed: 8/18/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Appoint Cont. fr DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None


Docket as of March 4, 2006 6:02 pm              Page 1
```

```
04-3394  USA v. Rosendary

UNITED STATES OF AMERICA          Bonnie R. Schlueter
     Appellee                     FAX 412-644-4549
                                  412-894-7414
```

**Exhibit A (1)**

USCA3 Docket Sheet for 04-3394

```
                                           [COR NTC gvt]
                                           Paul M. Thompson
                                           FAX 412-644-4549
                                           412-894-7429
                                           [COR NTC gvt]
                                           Office of United States
                                           Attorney
                                           700 Grant Street
                                           Suite 400
                                           Pittsburgh, PA 15219


             v.

     COREY D. ROSENDARY                     Michael Hadley
            Appellant                       FAX 814-677-7083
                                            814-676-3330
                                            [COR NTC dcj]
                                            One Drake Drive
                                            Oil City, PA 16301


     Docket as of March 4, 2006 6:02 pm              Page 2
```

04-3394  USA v. Rosendary

UNITED STATES OF AMERICA

                    Appellee


        v.

   COREY D. ROSENDARY

             Appellant

Docket as of March 4, 2006 6:02 pm              Page 3

**Exhibit A (2)**

USCA3 Docket Sheet for 04-3394

| | |
|---|---|
| 04-3394 | USA v. Rosendary |
| 8/23/04 | Criminal Case Docketed. Notice filed by Co Rosendary. (dmm) |
| 8/23/04 | ORDER appointing Michael R. Hadley, Esq. as represent Appellant, filed. (dmm) |
| 9/2/04 | APPEARANCE from Attorney Bonnie R. Schluete Appellee USA, filed. (dmm) |
| 9/2/04 | TRANSCRIPT PURCHASE ORDER (Part I), orderin of the proceedings, filed. (dmm) |
| 9/2/04 | ORDER to Ronald Bench directing transcript, 8/30/04, to be filed by 10/4/04, filed. (dm |
| 9/2/04 | TRANSCRIPT PURCHASE ORDER (Part II) filed b filed. (dmm) |
| 9/2/04 | APPEARANCE from Attorney Michael Hadley on Appellant Corey D. Rosendary, filed. (dmm) |
| 9/2/04 | INFORMATION STATEMENT on behalf of Appellan Rosendary, received. (dmm) |
| 9/20/04 | TRANSCRIPT PURCHASE ORDER (Part III) notify by Ronald Bench filed in D.C., filed. (dmm) |
| 9/20/04 | BRIEFING NOTICE ISSUED. Appellant brief and 10/20/04. (dmm) |
| 10/20/04 | CERTIFIED LIST, filed. (dmm) |
| 10/20/04 | BRIEF/APPENDIX on behalf of Appellant Corey Copies: 10, Pages: 22, delivered by mail, f Certificate of service date 10/20/04. (lal) |

**Exhibit A (3)**

Page 4 of 6

USCA3 Docket Sheet for 04-3394

| | |
|---|---|
| 10/22/04 | PRESENTENCE REPORT (4 ccs) received. ZZ#{UN ZZ#SEND ZZ#TO ZZ#MERITS ZZ#PANEL (1al) |
| 10/25/04 | APPEARANCE from Attorney Paul M. Thompson o Appellee USA, filed. (dmm) |
| 10/28/04 | MOTION filed by Michael Hadley for dkt-04-3 Corey D. Rosendary for approval of interim filed. Answer due , Certificate of Service |
| 11/10/04 | CJA 20 approved by Judge Julio M. Fuentes, for compensation and expenses totaling $ 1, (jht) |
| 11/15/04 | BRIEF and SUPPLEMENTAL APPENDIX on behalf o Copies: 10, Pages: 28, Word Count: Under 14 by mail, filed. Certificate of service date |

Docket as of March 4, 2006 6:02 pm                     Page 4

04-3394   USA v. Rosendary

| | |
|---|---|
| 11/22/04 | ORDER (Fuentes, Authoring Judge) is granted of one half of the $3,700.00 limit for comp expenses, filed. (jht) |
| 2/24/05 | Parties directed to comment on applicabilit |
| 3/7/05 | RESPONSE by Appellant to Court's order of 2 Booker applicability, filed. Certificate of 3/3/05. (lwc) |
| 3/9/05 | CALENDARED for Wednesday, May 4, 2005 in Pi (mac) |
| 3/14/05 | RESPONSE filed by Appellee USA to Court's O regarding the applicability of ZZ U.S. ZZ_v Certificate of Service dated 3/10/05. (dmm) |

**Exhibit A (4)**

| 5/4/05 | SUBMITTED Wednesday, May 4, 2005 Coram: McK Antwerpen and Weis, Circuit Judges. (mac) |
| 5/13/05 | ORDER (McKee, Van Antwerpen and Weis, Autho Circuit Judges) denying appellant's motion remand. The motion of the Government to dis in its letter response and brief is granted is dismissed because appellant waived his r ZZ_United ZZ_States ZZ_v. ZZ_Khattak, 273 F Cir. 2001), filed. (dmm) |
| 5/13/05 | Certified copy of order to Lower Court. (dm |
| 5/17/05 | RECORD released. (dmm) |
| 7/1/05 | CJA 20 voucher no. 050707000008 approved by Weis, Circuit Judge for compensation and ex $ 675.00. [FFW] (jht) |
| 7/29/05 | MOTION filed by Michael Hadley, Esq., couns Corey D. Rosendary, requesting reconsiderat petition, filed. (jht) |
| 8/17/05 | CJA 20 voucher no. 050817000007 approved by Fuentes, Circuit Judge for compensation and totaling $ 922.00. [FFW] (jht) |
| 8/17/05 | ORDER (Fuentes, Authoring Judge) granting c for reconsideration of fee petition, filed. |
| 9/15/05 | Supreme Court of U.S. notice filed advising writ of certiorari filed by Appellant Corey Filed in the Supreme Court on 6/28/05 at Su number: 05-6205. (jht) |

Docket as of March 4, 2006 6:02 pm          Page 5

**Exhibit A (5)**

USCA3 Docket Sheet for 04-3394

04-3394  USA v. Rosendary

| | |
|---|---|
| 10/17/05 | U.S. Supreme Court order dated 10/11/05, at 05-6205, denying petition for writ of certi Appellant Corey D. Rosendary,  filed. (jht) |
| 3/1/06 | U.S. Supreme Court order dated 2/21/06, at 05-6205, denying the petition for rehearing Corey D. Rosendary, filed. (ghb) |

Docket as of March 4, 2006 6:02 pm                    Page 6

PACER Service Center
Transaction Receipt

| | 01/10/2007 13:19:23 | | |
|---|---|---|---|
| PACER Login: | cj0737 | Client Code: | rosendary |
| Description: | dkt report | Case Number: | 04-3394 |
| Billable Pages: | 6 | Cost: | 0.48 |

**Exhibit A (6)**