Docket for 05-6205

Page 1 of 2

No. 05-6205
Title: Corey D. Rosendary, Petitioner
v.
United States
Docketed: September 9, 2005
Lower Ct: United States Court of Appeals for the Third Circuit
Case Nos.: (04-3394)
Decision Date: May 13, 2005

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~
Jun 28 2005  Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due October 11, 2005)
Sep 14 2005  Waiver of right of respondent United States to respond filed.
Sep 22 2005  DISTRIBUTED for Conference of October 7, 2005.
Oct 11 2005  Petition DENIED.
Nov 5 2005   Petition for Rehearing filed.
Jan 18 2006  DISTRIBUTED for Conference of February 17, 2006.
Feb 21 2006  Rehearing DENIED.

~~Name~~~~~~~~~~~~~~~~~~~  ~~~~~~~Address~~~~~~~~~~~~~~~
**Attorneys for Petitioner:**
Corey D. Rosendary                20162-068
   Counsel of Record              FCI Allenwood Medium
                                  PO Box 2000
                                  White Deer, PA  17887

Party name: Corey D. Rosendary

**Attorneys for Respondent:**
Paul D. Clement                   Solicitor General
   Counsel of Record              United States Department of Justice

http://www.supremecourtus.gov/docket/05-6205.htm          1/10/2007

**Exhibit B (1)**

Docket for 05-6205

Page 2 of 2

950 Pennsylvania Avenue, N.W.
Room 5614
Washington, DC  20530-0001

Party name: United States

http://www.supremecourtus.gov/docket/05-6205.htm

1/10/2007

**Exhibit B (2)**