IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) |
| VS. | ) **CRIMINAL NO.: 03-29** ) |
| COREY ROSENDARY, | ) ) |
| DEFENDANT. | ) ) ) |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2007, it is hereby **ORDERED** that said Petition is hereby **GRANTED.** The Petitioner shall be resentenced on _____.

BY THE COURT,

_____, J.
THE HONORABLE SEAN MCLAUGHLIN