IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) **CRIMINAL NO.: 03-29** |
| COREY ROSENDARY, | ) |
| DEFENDANT. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, it is hereby **ORDERED** that a Certificate of Appealability is **GRANTED** pursuant to Title 28, U.S.C., Section 2253.

BY THE COURT,

_____, J.
THE HONORABLE SEAN MCLAUGHLIN