## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct executed this _10_ day of _February_, 2007.

_____
COREY ROSENDARY