IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　PLAINTIFF,<br><br>　　　VS.<br><br>COREY ROSENDARY,<br><br>　　　DEFENDANT. | )<br>)<br>)<br>)<br>) CRIM. NO.: 03-29 **Erie**<br>) CIVIL NO.: 06-280 **Erie**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **TYPE OF PLEADING**:<br>)<br>) NOTICE OF APPEAL<br>) WITH AN ATTACHED<br>) APPLICATION FOR A<br>) CERTIFICATE OF<br>) APPEALABILITY PURSUANT<br>) TO RULE 22.1 OF THE<br>) LOCAL RULES OF<br>) APPELLATE PROCEDURE<br>)<br>) **FILED ON BEHALF OF**:<br>)<br>) COREY ROSENDARY<br>)<br>) DEFENDANT<br>)<br>)<br>)<br>) **ATTORNEY OF RECORD**<br>)<br>) ADAM B. COGAN, ESQUIRE<br>)<br>) PA ID NO.: 75654<br>)<br>) ONE NORTHGATE SQUARE<br>) GREENSBURG, PA 15601<br>)<br>) (724) 837-9046 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CRIM. NO.: 03-29 Erie |
| | ) CIVIL NO.: 06-280 Erie |
| COREY ROSENDARY, | ) |
| | ) |
| DEFENDANT. | ) |

**NOTICE OF APPEAL WITH AN ATTACHED APPLICATION FOR A CERTIFICATE OF APPEALABILITY PURSUANT TO RULE 22.1 OF THE LOCAL RULES OF APPELLATE PROCEDURE**

Notice is hereby given that the Defendant in the above named case, COREY ROSENDARY, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order dismissing and otherwise denying his Motion to Vacate Judgment of Sentence pursuant to Title 28, U.S.C. § 2255, such denial having been entered by Order of Court dated March 12, 2007. Undersigned counsel was appointed in the matter pursuant to the Criminal Justice Act by Order dated December 22, 2006. In accordance with Rule 22.1 of the Local Rules of Appellate Procedure, an application for a Certificate of Appealability is attached hereto.

RESPECTFULLY SUBMITTED,

s/Adam B. Cogan
ADAM B. COGAN, ESQUIRE
PA ID NO.: 75654

ATTORNEY FOR THE DEFENDANT