CLD-333                                                                                  August 2, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-1882**

UNITED STATES OF AMERICA

  vs.

COREY D. ROSENDARY
a/k/a Corey Rosendary
a/k/a Corey Duane Rosendary

      (W.D. PA. CIV. NO. 03-CR-00029-1E)
        (Criminal treated as Civil)

Present:   RENDELL, SMITH and JORDAN, CIRCUIT JUDGES

      Submitted is appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

      in the above-captioned case.

                                    Respectfully,

                                    Clerk

MMW/LLB/par
_____ORDER_____
The foregoing request for a certificate of appealability is denied. Appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller-el v. Cockrell, 537 U.S. 322, 327 (2003). His motion to vacate sentence under 28 U.S.C. § 2255 is untimely for the reasons given by the District Court, and any amendment to the motion would have been untimely as well.

                                    By the Court,

                                    /s/ Kent A. Jordan
                                    Circuit Judge

Dated: August 24, 2007
par/cc: A.B.C., Esq.
      R.L.E., Esq.



A True Copy:

Marcia M. Waldron, Clerk