UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 31, 2007

No. 07-1882

United States of America
v.
Corey Rosendary
(WD PA 03-cr-00029-1E)

Present: JORDAN, Circuit Judge

    Motion by Counsel Adam B. Cogan, Esq. To be Appointed Counsel
    To Represent Appellant To File A Writ of Certiorari to US Supreme Court
    Or in the Alternative, Motion to Withdraw as Counsel.

                                                  /s/ Phyllis Ruffin
                                                  Phyllis Ruffin  267-299-4918

Case Closed 8/24/07 (CLD-333)

O R D E R

The foregoing Motion by Counsel Adam B. Cogan, Esq. To be Appointed Counsel To Represent Appellant To File A Writ of Certiorari to US Supreme Court Or in the Alternative, Motion to Withdraw as Counsel is hereby DENIED to the extent it seeks appointment as counsel for the purpose of filing a Writ of Certiorari; it is GRANTED to the extent it seeks leave to withdraw. This is without prejudice to Appellant's right to file a timely pro se petition for Writ of Certiorari.

                                                    By the Court,

                                                    /s/ Kent A. Jordan
                                                    Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: September 6, 2007
par/cc: A.B.C., Esq.
       R.L.E., Esq.
       Mr. C.D.R.