NAME: Corey Rosendary
RE: 20162-068
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
31 OCT 2007 PM 1 L

**RECEIVED**
NOV - 2 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501471155

Clerk, United States District Court
Theodore S. Hopkins Federal Building
17 South Park Rove
Weir, Pa 16501