NAME Casey Cavanaugh
REG.# 20162-068
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

RECEIVED
MAR 2 4 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Legal mail

Clerk's Office
United States district Court
P.O. Box 1820
Erie, Pennsylvania 16507

