NAME Lucy Beverly
Reg # 30162-060
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

RECEIVED

APR 1 4 2008

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

445

10 APR 2008 PM    YOUNGSTOWN, OH 445

Clerk Of Courts
U.S. Courthouse, Room A250
17 South Park Row
Erie, PA 16501

USA FIRST-CLASS